# UNITED STATES DISTRICT COURT
# FOR THE CENTAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| JANE DOE-2, a Minor, through her mother and next Friend, JULIE DOE-2, and JULIE DOE-2, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 08-02169 |
| JON WHITE, MCLEAN COUNTY UNIT DISTRICT NO. 5 BOARD OF DIRECTORS, JIM BRAKSICK, ALAN CHAPMAN, DALE HEIDBREDER, EDWARD HEINEMANN and JOHN PYE, | ) JURY TRIAL DEMANDED ) ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE INSTANTER SECOND AMENDED COMPLAINT WITH INCORPORATED MEMORANDUM OF LAW

NOW COME the Plaintiffs, through their attorney Ellyn J. Bullock of Law Office of Ellyn J. Bullock, under Federal Rule of Civil Procedure 15 and all other applicable Rules, and move for leave to file instanter Second Amended Complaint. In support of their Motion, Plaintiffs state as follows:

1. That on July 25, 2008, Plaintiffs filed their Complaint in this matter, and on August 28, 2008, Plaintiffs filed their First Amended Complaint in this matter.

2. That subsequent to September 16, 2008, Plaintiffs received from Urbana School District a copy of Jon White's employment file which included a form titled: Verification of Teaching Experience (Bates 3513). A copy of the Verification of Teaching Experience form (Bates 3513) is attached as Exhibit A to this Motion.

3. That on December 1 and 3, 2008, the Court dismissed with prejudice the Urbana School District Defendants and all Counts against the Urbana School District Defendants based on an Agreed Motion to Dismiss filed by impacted parties.

4. That Plaintiffs seek leave to file instanter Second Amended Complaint. A copy of Second Amended Complaint is attached as Exhibit B to this Motion.

5. That the Second Amended Complaint reflects the Court's dismissal with prejudice of the Counts against the Urbana School District Defendants.

6. That the Second Amended Complaint alleges the Verification of Teaching Experience form (Bates 3513) contains false information verified by McLean County School District.

7. That the Verification of Teaching Experience form (Bates 3513) supports amendment of Plaintiffs' Complaint as to several claims, especially, but not only, Plaintiffs' claims for Common Law Fraud against Heidbreder, Pye, Chapman, Heinemann and Braksick and McLean County School District, and Plaintiffs' claims for willful and wanton passing of White to another School District.

8. That the Verification of Teaching Experience form (Bates 3513) supports new argument on Defendants' pending Motions to Dismiss; for example, Defendant McLean County School District's Motion to Dismiss Count XXXI for common law fraud (Docket 37 & 38) and Plaintiffs' Response (Docket 49) should be re-opened as the Verification of Teaching Experience form (Bates 3513) supports allegations of fraud in a written document.

9. That the Verification of Teaching Experience form (Bates 3513) supports all of Plaintiffs' willful and wanton claims as it shows fraud in the passing of White to Urbana School District.

10. That amendment of the Complaint instanter as Second Amended Complaint is as justice requires because it allows Plaintiffs to include by allegation recently discovered evidence in support of claims against Pye, Chapman, Heidbreder, Braksick, Heinemann and McLean County School District for false information on a Verification of Teaching Experience form (Bates 3513).

11. That Plaintiffs seek to amend instanter at a time that is early in litigation as a discovery schedule has not yet been entered and pleadings are still at issue.

12. That Plaintiffs seek to amend instanter based on newly discovered information which when alleged in the Second Amended Complaint may enable Plaintiffs to sustain Counts for common law fraud, and willful and wanton misconduct, and other counts against the same Defendants already served and already at issue.

13. That the amendments in the instanter Second Amended Complaint are as justice requires and will better allow pleadings to conform to the evidence as is proper under Federal Rule of Civil Procedure 15, including the evidentiary document titled Verification of Teaching Employment.

WHEREFORE, for the foregoing reasons, Plaintiffs move for leave to file instanter Second Amended Complaint.

Respectfully submitted:

JANE DOE-2, a Minor, through her mother and next Friend, JULIE DOE-2, and JULIE DOE-2, Plaintiffs,

By: Law Office of Ellyn J. Bullock

    s/Ellyn J. Bullock
Ellyn J. Bullock, No. 6224579
Attorney for Plaintiffs
Law Office of Ellyn J. Bullock

116 N. Chestnut Street, Suite 216
Champaign, IL  61820
Telephone:  (217) 351-6156
Facsimile:  (217) 351-6203
Email:  ellyn.bullocklaw@comcast.net

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on December 9, 2008, I caused a copy of the foregoing *Plaintiffs' Motion for Leave to File Instanter Second Amended Complaint with Incorporated Memorandum of Law* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to the following:

Peter W. Brandt, Esq., pbrandt@lbbs.com
James C. Kearns, Esq., jkearns@hrva.com
Tamara K. Hackmann, Esq., thackmann@hrva.com
Brett N. Olmstead, Esq., brett@beckettwebber.com
Lindsay B. Kearns, Esq., lindsay@beckettwebber.com

s/Ellyn J. Bullock
Ellyn J. Bullock, No. 6224579
Attorney for Plaintiffs
Law Office of Ellyn J. Bullock
116 N. Chestnut Street, Suite 216
Champaign, IL  61820
Telephone:  (217) 351-6156
Facsimile:  (217) 351-6203
Email:  ellyn.bullocklaw@comcast.net

4