UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| JANE DOE-2, a minor, through her mother and next friend, Julie Doe-2, and JULIE DOE-2,<br><br>      Plaintiffs,<br>  v.<br><br>URBANA SCHOOL DISTRICT 116 BOARD OF DIRECTORS, et al.,<br><br>      Defendants. | Case No. 08-CV-2169 |

## ORDER

A Report and Recommendation (#100) was filed by Magistrate Judge David G. Bernthal in the above cause on February 27, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

  IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#100) is accepted by this court.

(2) Defendant Jon White's Motion to Dismiss Second Amended Complaint Due to Dismissal of All Federal Claims (#95) is GRANTED. The remaining counts of Plaintiff's Second Amended Complaint are dismissed without prejudice to Plaintiffs refiling in state court.

(3) This case is terminated.

ENTERED this 18th day of March, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE